

# Fourth Court of Appeals
## San Antonio, Texas

October 15, 2021

No. 04-21-00046-CV

**IN RE** Brad **LARSEN,** Rent Werx LLC D/B/A Larsen Properties and Leah Larsen

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2018-CI-10309
Honorable John D. Gabriel, Jr., Judge Presiding

# O R D E R

Sitting en banc:      Rebeca C. Martinez, Chief Justice
Patricia O. Alvarez, Justice
Luz Elena D. Chapa, Justice
Irene Rios, Justice
Beth Watkins, Justice
Liza A. Rodriguez, Justice
Lori I, Valenzuela, Justice

The en banc court has considered Relators' emergency motion to temporarily stay enforcement of the trial court's sanctions order. The motion is DENIED.

It is so **ORDERED** on this 15th day of October, 2021.

PER CURIAM

ATTESTED TO: _____
MICHAEL A. CRUZ, Clerk of Court